IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTY KROGH,<br><br>              Plaintiff,<br><br>    vs.<br><br>ZOETIS LLC, a Delaware Limited Liability Company; and MANPOWER US, INC., a Delaware Corporation;<br><br>              Defendants. | 8:14CV173<br><br>**ORDER** |

IT IS ORDERED:

1)   The motion to permit Attorney Susan M. Foster to withdraw as counsel on behalf of Defendant Zoetis LLC, (filing no. 37), is granted.

2)   The motion to permit Attorney Brian E. Spang to withdraw as counsel on behalf of Defendant Manpower US, Inc., (filing no. 39), is granted.

February 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge