IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTY KROGH,<br><br>               Plaintiff,<br><br>vs.<br><br>ZOETIS LLC, a Delaware Limited Liability Company; and MANPOWER US, INC., a Delaware Corporation;<br><br>               Defendants. | 8:14CV173<br><br>ORDER |

IT IS ORDERED:

The motion to permit Robert B. Evnen and the Woods & Aitken, LLP law firm to withdraw as counsel of record for Defendant Manpower US, Inc., (filing no. 48), is granted.

April 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge